ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

e.Digital Corporation,

　　　　　Plaintiff,

　　v.

Motorola Mobility LLC,

　　　　　Defendant.

Case No. '13 CV 0780 JAH MDD

**COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff e.Digital Corporation ("e.Digital" or "Plaintiff"), by and through its undersigned counsel, complains and alleges against Defendant Motorola Mobility LLC ("Motorola" or "Defendant") as follows:

## NATURE OF THE ACTION

1.　　This is a civil action for infringement of a patent arising under the laws of the United States relating to patents, 35 U.S.C. § 101, *et seq.*, including, without limitation, § 281. Plaintiff e.Digital seeks a preliminary and permanent injunction and monetary damages for the infringement of its U.S. Patent Nos. 5,742,737; 5,491,774; 5,839,108; and 5,842,170.

## JURISDICTION AND VENUE

2.　　This court has subject matter jurisdiction over this case for patent

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-
*COMPLAINT*

infringement under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of America, 35 U.S.C. § 101, *et seq.*

3.     Venue properly lies within the Southern District of California pursuant to the provisions of 28 U.S.C. §§ 1391(b), (c), and (d) and 1400(b).  On information and belief, Defendant conducts substantial business directly and/or through third parties or agents in this judicial district by selling and/or offering to sell the infringing products and/or by conducting other business in this judicial district.   Furthermore, Plaintiff e.Digital is headquartered and has its principal place of business in this district, engages in business in this district, and has been harmed by Defendant's conduct, business transactions and sales in this district.

4.     This Court has personal jurisdiction over Defendant because, on information and belief, Defendant transacts continuous and systematic business within the State of California and the Southern District of California.  In addition, this Court has personal jurisdiction over the Defendant because, on information and belief, this lawsuit arises out of Defendant's infringing activities, including, without limitation, the making, using, selling and/or offering to sell infringing products in the State of California and the Southern District of California.  Finally, this Court has personal jurisdiction over Defendant because, on information and belief, Defendant has made, used, sold and/or offered for sale its infringing products and placed such infringing products in the stream of interstate commerce with the expectation that such infringing products would be made, used, sold and/or offered for sale within the State of California and the Southern District of California.

## PARTIES

5.     Plaintiff e.Digital is a Delaware corporation with its headquarters and principal place of business at 16870 West Bernardo Drive, Suite 120, San Diego, California 92127.

6.     Upon information and belief, Defendant Motorola is a corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-2-
*COMPLAINT*

1    registered and lawfully existing under the laws of the State of Delaware, with an
2    office and principal place of business located at 600 North US Highway 45,
3    Libertyville IL 60048.

4                          **THE ASSERTED PATENTS**

5            7.      On April 21, 1998, the United States Patent and Trademark Office
6    duly and legally issued United States Patent No. 5,742,737 ("the '737 patent")
7    entitled "Method For Recording Voice Messages On Flash Memory In A Hand
8    Held Recorder," to its named inventors, Norbert P. Daberko, Richard K. Davis,
9    and Richard D. Bridgewater.  Plaintiff, e.Digital is the assignee and owner of the
10   entire right, title and interest in and to the '737 patent and has the right to bring this
11   suit for damages and other relief.  A true and correct copy of the '737 patent is
12   attached hereto as Exhibit A.

13           8.      On October 17, 2012, the United States Patent and Trademark Office
14   issued a Reexamination Certificate for the '737 patent adding new Claim 13, and
15   cancelling Claim 5.  Claim 13 is substantially identical to former claim 5.  A true
16   and correct copy of the Reexamination Certificate is attached hereto as Exhibit B.

17           9.      On February 13, 1996, the United States Patent and Trademark Office
18   duly and legally issued United States Patent No. 5,491,774 ("the '774 patent")
19   entitled "Handheld Record And Playback Device With Flash Memory," to its
20   named inventors Elwood G. Norris, Norbert P. Daberko, and Steven T. Brightbill.
21   Plaintiff, e.Digital is the assignee and owner of the entire right, title and interest in
22   and to the '774 patent and has the right to bring this suit for damages and other
23   relief.  A true and correct copy of the '774 patent is attached hereto as Exhibit C.

24           10.     On August 14, 2012, the United States Patent and Trademark Office
25   issued a Reexamination Certificate for the '774 patent.  A true and correct copy of
26   the Reexamination Certificate is attached hereto as Exhibit D.

27           11.     On November 17, 1998, the United States Patent and Trademark
28   Office duly and legally issued United States Patent No. 5,839,108 ("the '108

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-3-

*COMPLAINT*

1  patent") entitled "Flash Memory File System In A Handheld Record And Playback
2  Device," to its named inventors Norbert P. Daberko and Richard K. Davis.
3  Plaintiff e.Digital is the assignee and owner of the entire right, title and interest in
4  and to the '108 patent and has the right to bring this suit for damages and other
5  relief.  A true and correct copy of the '108 patent is attached hereto as Exhibit E.

6        12.   On November 24, 1998, the United States Patent and Trademark
7  Office duly and legally issued United States Patent No. 5,842,170 ("the '170
8  patent") entitled "Method For Editing In Hand Held Recorder," to its named
9  inventors Norbert P. Daberko, Richard K. Davis, and Richard D. Bridgewater.
10 Plaintiff, e.Digital is the assignee and owner of the entire right, title and interest in
11 and to the '170 patent and has the right to bring this suit for damages and other
12 relief.  A true and correct copy of the '170 patent is attached hereto as Exhibit F.

13                          **COUNT ONE**

14      **INFRINGEMENT OF THE '737 PATENT BY DEFENDANT**

15       13.   Plaintiff re-alleges and incorporates by reference each of the
16 allegations set forth in paragraphs 1 through 12 above.

17       14.   Upon information and belief, Defendant, without authority, (a) has
18 directly infringed and continues to directly infringe the '737 patent by making,
19 using, offering to sell, or selling within the United States, or importing into the
20 United States, products that practice one ore more claims of the '737 patent in
21 violation of 35 U.S.C. § 271(a); (b) has induced and continues to induce
22 infringement of one or more claims of the '737 patent in violation of 35 U.S.C. §
23 271(b); and (c) has contributed and continues to contribute to the infringement of
24 one ore more claims of the '737 patent in violation of 35 U.S.C. § 271(c).

25       15.   The accused products, alone or in combination with other products,
26 practice each of the limitations of independent claims 1, 4, 9, and 13, and
27 dependent claims 3, 6 and 7 of the '737 patent.

28       16.   The accused products for purposes of the '737 patent include but are

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-4-

*COMPLAINT*

not limited to Motorola smartphones including, but not limited to, the Razr, Razr Maxx, Razr M, Razr HD, Razr Maxx HD, Razr M Developer Edition, Razr HD Developer Edition, Droid 4, Photon Q 4G LTE, Photon 4G, Admiral, ES400S, Electrify 2, Electrify M, Electrify, Defy XT, Atrix HD Developer Edition, Atrix HD, Atrix 2, Triumph, i867, Titanium, and the XT 886; and certain Motorola mobile phones including, but not limited, to the Quantico and the Brute i686.

17.    Upon information and belief, Defendant, without authority, has actively induced infringement and continues to actively induce infringement of the '737 patent in violation of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '737 patent and/or by intentionally instructing others how to use the accused products in a manner that infringes the claims of the '737 patent.  On information and belief, Defendant has induced and continues to induce infringement by instructing customers to operate the products in an infringing manner and/or when Defendant tests or otherwise operates the accused products in the United States.

18.    Upon information and belief, Defendant, without authority, has contributed to and continues to contribute to the infringement of the '737 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that (1) constitute a material part of the invention of the '737 patent, (2) Defendant knows to be especially adapted for use in infringing the '737 patent, and (3) are not staple articles of commerce suitable for substantial noninfringing use with respect to the '737 patent.

19.    Based on information and belief, Plaintiff alleges that Defendant sells, ships, or otherwise delivers the accused products with all the features required to infringe the asserted claims of the '737 patent.  On information and belief, these products are designed to practice the infringing features.

20.    Defendant had knowledge of infringement of the '737 patent since at

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

1 least the filing of this complaint and perhaps as early as 2010 by virtue of the
2 Plaintiff's filing of complaints against others within Defendant's industry.   On
3 information and belief, Defendant has continued to sell products that practice the
4 '737 patent after acquiring knowledge of infringement.

5    21.    Upon information and belief, the infringement by Defendant has been
6 and is willful.

7    22.    Plaintiff has been irreparably harmed by these acts of infringement
8 and has no adequate remedy at law.  Upon information and belief, infringement of
9 the '737 patent is ongoing and will continue unless Defendant is enjoined from
10 further infringement by the court.

11                          **COUNT TWO**

12        **INFRINGEMENT OF THE '774 PATENT BY DEFENDANT**

13    23.    Plaintiff re-alleges and incorporates by reference each of the
14 allegations set forth in paragraphs 1 through 12 above.

15    24.    Upon information and belief, Defendant, without authority, (a) has
16 directly infringed and continues to directly infringe the '774 patent by making,
17 using, offering to sell, or selling within the United States, or importing into the
18 United States, products that practice one ore more claims of the '774 patent in
19 violation of 35 U.S.C. § 271(a); (b) has induced and continues to induce
20 infringement of one or more claims of the '774 patent in violation of 35 U.S.C. §
21 271(b); and (c) has contributed and continues to contribute to the infringement of
22 one ore more claims of the '774 patent in violation of 35 U.S.C. § 271(c).

23    25.    The accused products, alone or in combination with other products,
24 practice each of the limitations of independent claims 33 and 34, and dependent
25 claims 2, 3, 6, 10, 15 through 16, 18, 23 through 26, and 28 through 31 of the '774
26 patent.

27    26.    The accused products for purposes of the '774 patent include but are
28 not limited to Motorola smartphones including, but not limited to, the Razr, Razr

**HANDAL & ASSOCIATES**
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-6-
*COMPLAINT*

Maxx, Razr M, Razr HD, Razr Maxx HD, Razr M Developer Edition, Razr HD Developer Edition, Droid 4, Photon Q 4G LTE, Photon 4G, Admiral, ES400S, Electrify 2, Electrify M, Electrify, Defy XT, Atrix HD Developer Edition, Atrix HD, Atrix 2, Triumph, i867, Titanium, and the XT 886; and certain Motorola mobile phones including, but not limited to, the Brute i686.

27.    Upon information and belief, Defendant, without authority, has actively induced infringement and continues to actively induce infringement of the '774 patent in violation of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '774 patent and/or by intentionally instructing others how to use the accused products in a manner that infringes the claims of the '774 patent.  On information and belief, Defendant has induced and continues to induce infringement by instructing customers to operate the products in an infringing manner and/or when Defendant tests or otherwise operates the accused products in the United States.

28.    Upon information and belief, Defendant, without authority, has contributed to and continues to contribute to the infringement of the '774 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that (1) constitute a material part of the invention of the '774 patent, (2) Defendant knows to be especially adapted for use in infringing the '774 patent, and (3) are not staple articles of commerce suitable for substantial noninfringing use with respect to the '774 patent.

29.    Based on information and belief, Plaintiff alleges that Defendant sells, ships, or otherwise delivers the accused products with all the features required to infringe the asserted claims of the '774 patent.  On information and belief, these products are designed to practice the infringing features.

30.    Defendant had knowledge of infringement of the '774 patent since at least the filing of this complaint and perhaps as early as 2010 by virtue of the

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

**COMPLAINT**

1    Plaintiff's filing of complaints against others within Defendant's industry.   On

2    information and belief, Defendant has continued to sell products that practice the

3    '774 patent after acquiring knowledge of infringement.

4        31.    Upon information and belief, the infringement by Defendant has been

5    and is willful.

6        32.    Plaintiff has been irreparably harmed by these acts of infringement

7    and has no adequate remedy at law.  Upon information and belief, infringement of

8    the '774 patent is ongoing and will continue unless Defendant is enjoined from

9    further infringement by the court.

10                                **COUNT THREE**

11            **INFRINGEMENT OF THE '108 PATENT BY DEFENDANT**

12        33.    Plaintiff re-alleges and incorporates by reference each of the

13    allegations set forth in paragraphs 1 through 12 above.

14        34.    Upon information and belief, Defendant, without authority, (a) has

15    directly infringed and continues to directly infringe the '108 patent by making,

16    using, offering to sell, or selling within the United States, or importing into the

17    United States, products that practice one or more claims of the '108 patent in

18    violation of 35 U.S.C. § 271(a); (b) has induced and continues to induce

19    infringement of one or more claims of the '108 patent in violation of 35 U.S.C. §

20    271(b); and (c) has contributed and continues to contribute to the infringement of

21    one or more claims of the '108 patent in violation of 35 U.S.C. § 271(c).

22        35.    The accused products, alone or in combination with other products,

23    practice each of the limitations of independent claim 2 and dependent claim 3 of

24    the '108 patent.

25        36.    Razr, Razr Maxx, Razr M, Razr HD, Razr Maxx HD, Razr M

26    Developer Edition, Razr HD Developer Edition, Droid 4, Photon Q 4G LTE,

27    Photon 4G, Admiral, ES400S, Electrify 2, Electrify M, Electrify, Defy XT, Atrix

28    HD Developer Edition, Atrix HD, Atrix 2, Triumph, i867, Titanium, and the XT

*HANDAL & ASSOCIATES*
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-8-

*COMPLAINT*

886; and certain Motorola mobile phones including, but not limited to, the Brute i686.

37.   Upon information and belief, Defendant, without authority, has actively induced and continues to actively induce infringement of claims 2 and 3 of the '108 patent in violation of 35 U.S.C. § 271(b) by causing others to directly infringe the claims of the '108 patent and/or by intentionally instructing others how to use the accused products in a manner that infringes claims 2 and 3 of the '108 patent.  Plaintiff also alleges that Defendant has induced and continues to induce infringement by instructing customers to operate the products in an infringing manner and/or when Defendant tests or otherwise operates the accused products in the United States.

38.   Upon information and belief, Defendant, without authority, has contributed and continues to contribute to the infringement of claims 2 and 3 of the '108 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that (1) embody and constitute a material part of the invention of the '108 patent, (2) Defendant knows to be especially adapted for use in infringing the '108 patent, and (3) are not staple articles of commerce suitable for substantial non-infringing use with respect to the '108 patent.

39.   On information and belief, Defendant sells, ships or otherwise delivers the accused products with all the features required to infringe the asserted claims of the '108 patent.  On information and belief, these products are designed to practice the infringing features.

40.   Defendant had knowledge of infringement of the '108 patent since at least the filing of this complaint and perhaps as early as 2010 by virtue of the Plaintiff's filing of complaints against others within Defendant's industry.

41.   Upon information and belief, the infringement by Defendant has been and is willful.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-9-

*COMPLAINT*

42.     Plaintiff has been irreparably harmed by these acts of infringement and has no adequate remedy at law.  Upon information and belief, infringement of the '108 patent is ongoing and will continue unless Defendant is enjoined from further infringement by the court.

## COUNT FOUR

### INFRINGEMENT OF THE '170 PATENT BY DEFENDANT

43.     Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 12 above.

44.     Upon information and belief, Defendant, without authority, (a) has directly infringed and continues to directly infringe the '170 patent by making, using, offering to sell, or selling within the United States, or importing into the United States, products that practice one ore more claims of the '170 patent in violation of 35 U.S.C. § 271(a); (b) has induced and continues to induce infringement of one or more claims of the '170 patent in violation of 35 U.S.C. § 271(b); and (c) has contributed and continues to contribute to the infringement of one ore more claims of the '170 patent in violation of 35 U.S.C. § 271(c).

45.     The accused products, alone or in combination with other products, practice each of the limitations of independent claims 1 and 7 and certain dependent claims 2, 3 and 8, 9, 10, 11 and 12 of the '170 patent.

46.     The accused products for purposes of the '170 patent include but are not limited to Motorola smartphones including, but not limited to, the Razr, Razr Maxx, Razr M, Razr HD, Razr Maxx HD, Razr M Developer Edition, Razr HD Developer Edition, Droid 4, Photon 4G, ES400S, Electrify 2, Electrify M, Atrix HD Developer Edition, Atrix HD, Atrix 2, i867, Titanium, and the XT 886; and certain Motorola mobile phones including, but not limited to, the Brute i686.

47.     Upon information and belief, Defendant, without authority, has actively induced infringement and continues to actively induce infringement of the '170 patent in violation of 35 U.S.C. § 271(b) by causing others to directly infringe

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

### COMPLAINT

the claims of the '170 patent and/or by intentionally instructing others how to use the accused products in a manner that infringes the claims of the '170 patent.  On information and belief, Defendant has induced and continues to induce infringement by instructing customers to operate the products in an infringing manner and/or when Defendant tests or otherwise operates the accused products in the United States.

48.    Upon information and belief, Defendant, without authority, has contributed and continues to contribute to the infringement of the '170 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that (1) embody and constitute a material part of the invention of the '170 patent, (2) Defendant knows to be especially adapted for use in infringing the '170 patent, and (3) are not staple articles of commerce suitable for substantial non-infringing use with respect to the '170 patent.

49.    Based on information and belief, Plaintiff alleges that Defendant sells, ships, or otherwise delivers the accused products with all the features required to infringe the asserted claims of the '170 patent.  On information and belief, these products are designed to practice the infringing features.

50.    Plaintiff alleges upon information and belief, that the infringement by Defendant has been and is willful.

51.    Plaintiff has been irreparably harmed by these acts of infringement and has no adequate remedy at law.  Upon information and belief, infringement of the '170 patent is ongoing and will continue unless Defendant is enjoined from further infringement by the court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1.    That Defendant be declared to have infringed the Patents-in-Suit;

2.    That Defendant's infringement of the Patents-in-Suit has been

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

***COMPLAINT***

deliberate and willful;

3.      Preliminarily and permanently enjoining the Defendant's officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, from infringement of the Patents-in-Suit, including nut not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within and without the United States;

4.      Compensation for all damages caused by Defendant's infringement of the Patents-in-Suit to be determined at trial;

5.      Enhancing Plaintiff's damages up to three (3) times their amount pursuant to 35 U.S.C. § 284;

6.      Granting Plaintiff pre- and post-judgment interest on its damages, together with all costs and expenses; and,

7.      Awarding such other relief as this Court may deem just and proper.

                                    **HANDAL & ASSOCIATES**

Dated: April 1, 2013            By:  /s/ Pamela C. Chalk
                                     Anton N. Handal
                                     Gabriel G. Hedrick
                                     Pamela C. Chalk
                                     Attorneys for Plaintiff
                                     e.Digital Corporation

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-12-
*COMPLAINT*

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all claims.

**HANDAL & ASSOCIATES**

Dated: April 1, 2013

By:  /s/ Pamela C. Chalk
Anton N. Handal
Gabriel G. Hedrick
Pamela C. Chalk
Attorneys for Plaintiff
e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323