1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   IN RE: E.DIGITAL CASES                          Case nos.

12                                                   12cv2696-DMS (WVG)
                                                     12cv2698-DMS (WVG)
13                                                   12cv2701-DMS (WVG)
                                                     12cv2825-DMS (WVG)
14                                                   12cv2877-DMS (WVG)
                                                     12cv2879-DMS (WVG)
15                                                   12cv2891-DMS (WVG)
                                                     12cv2899-DMS (WVG)
16                                                   12cv2997-DMS (WVG)
                                                     13cv0023-DMS (WVG)
17                                                   13cv0112-DMS (WVG)
                                                     13cv0356-DMS (WVG)
18                                                   13cv0780-DMS (WVG)
                                                     13cv0781-DMS (WVG)
19                                                   13cv0782-DMS (WVG)
                                                     13cv0783-DMS (WVG)
20                                                   13cv0785-DMS (WVG)

21                                                   **ORDER GRANTING IN PART EX
                                                     PARTE APPLICATION**

22

23

24          For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff's unopposed

25   ex parte application is granted.  No later than **Tuesday, May 28, 2013, at 9:00 a.m.**, the parties shall

26

27

28

- 1 -

1  file and serve their joint Rule 26 report and discovery plan.  The Order Setting Initial Conference, filed

2  May 6, 2013, stays in effect in all other respects.

3      **IT IS SO ORDERED.**

4

5  DATED:  May 21, 2013

6  _____

7  HON. DANA M. SABRAW
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28